1280

for divided argument denied.   Motion of respondents for divided argument denied.

No. 90–1491.   UNION BANK v. WOLAS, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ZZZZ BEST CO., INC.   C. A. 9th Cir.   [Certiorari granted, 500 U. S. 915.]   Motion of American Bankers Association for leave to file a brief as *amicus curiae* granted.

No. 90–1479.   GROVER v. ROCHELEAU ET AL., 500 U. S. 918;

No. 90–1703.   PARNAR v. GREEN, NING, LILLY & JONES, *ante,* p. 1206;

No. 90–7109.   HERNANDEZ v. WOOTEN, WARDEN, ET AL., *ante,* p. 1253;

No. 90–7210.   FERNANDEZ v. UNITED STATES, 500 U. S. 948;

No. 90–7442.   ASSA'AD-FALTAS v. ARMSTRONG ET AL., 500 U. S. 934;

No. 90–7755.   RECTOR v. BRYANT, ATTORNEY GENERAL OF ARKANSAS, ET AL., *ante,* p. 1239;

No. 90–7782.   PARKE v. UNITED STATES POSTAL SERVICE, *ante,* p. 1209;

No. 90–7811.   MCGREW v. FLORIDA, *ante,* p. 1220;

No. 90–7824.   SMITH v. MCKASKLE ET AL., *ante,* p. 1221;

No. 90–7835.   MCGARRY v. INTERNAL REVENUE SERVICE ET AL., *ante,* p. 1221;

No. 90–7872.   MATTHEWS, AKA BROWN v. JOLLY ET AL., *ante,* p. 1235;

No. 90–7939.   REED v. FT. WORTH INDEPENDENT SCHOOL DISTRICT ET AL., *ante,* p. 1255;

No. 90–7944.   PLETTEN v. MARSH, SECRETARY OF THE ARMY, ET AL., *ante,* p. 1221;

No. 90–7962.   VENERI v. FULCOMER, DEPUTY COMMISSIONER, WESTERN REGION, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1255;

No. 90–7990.   ANDERSON v. LEHR ET AL., *ante,* p. 1256;

No. 90–8024.   JOST v. OREGON ET AL. (two cases), *ante,* p. 1256;

No. 90–8043.   HUMPHREY v. TATE, WARDEN, *ante,* p. 1256;

No. 90–8058.   CARNEY v. DEPARTMENT OF VETERANS AFFAIRS, *ante,* p. 1237;

No. 90–8142.   BORROTO *v.* UNITED STATES, *ante,* p. 1257; and
No. 90–8225.   NUNEZ *v.* COSTELLO, SUPERINTENDENT, MID-
STATE CORRECTIONAL FACILITY, *ante,* p. 1259.   Petitions for
rehearing denied.

No. 90–8030.   JOHNSON *v.* LONGVIEW INDEPENDENT SCHOOL
DISTRICT ET AL., *ante,* p. 1256.   Motion for leave to file petition
for rehearing denied.

SEPTEMBER 24, 1991

No. A–227.   MCCLESKEY *v.* BOWERS, ATTORNEY GENERAL OF
GEORGIA, ET AL.   Application for stay of execution of sentence of
death scheduled for September 24, 1991, to allow the filing of a pe-
tition for writ of certiorari to the Superior Court of Butts County,
Georgia, and/or the United States Court of Appeals for the Elev-
enth Circuit, presented to JUSTICE KENNEDY, and by him re-
ferred to the Court, denied.   JUSTICE BLACKMUN and JUSTICE
STEVENS would grant the application for stay.

JUSTICE MARSHALL, dissenting.

I

Adhering to my view that the death penalty is in all circum-
stances cruel and unusual punishment prohibited by the Eighth
and Fourteenth Amendments, *Gregg.* v. *Georgia,* 428 U. S. 153,
231 (1976), I would grant the application for stay of execution in
order to give the applicant time to file a petition for a writ of cer-
tiorari, and would grant the petition and vacate the death sen-
tence in this case.

II

For the third time, this Court disregards Warren McCleskey's
constitutional claims.   In 1986, McCleskey, an Afro-American
defendant, presented uncontroverted evidence that Georgia mur-
der defendants with white victims were more than four times as
likely to receive the death sentence as were defendants with Afro-
American victims.   Despite such clear and convincing evidence
of irrationality in sentencing—irrationality we have consistently
condemned in our Eighth Amendment jurisprudence—the Court
somehow rejected McCleskey's claim and upheld the constitution-
ality of Georgia's death penalty.   See *McCleskey* v. *Kemp,* 481
U. S. 279 (1987).   Since then, the factual record has continued to